1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEGRI ELECTRONCIS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:14-cv-00521-APG-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| TRAVELERS INDEMNITY CO., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 10. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See id.* at 4. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least <u>21 days before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//
//
//
//
//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no later than June 12, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: June 5, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Julie A. Mersch, Amy M. Samberg, and Justin S. Hepworth.